

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00414-CV

Whitney **BREWSTER**, in her capacity as Executive Director of the
Texas Department of Motor Vehicles,
Appellant

v.

Drew **ROICKI** and Richard Roicki as Successors in Interest to Pinnacle Motors,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-06565
Honorable Richard Price, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Costs of this appeal are taxed against the party that incurred them.

SIGNED May 13, 2015.

_____
Patricia O. Alvarez, Justice